**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6123

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MOISES GAMBOA, a/k/a Mo,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:10-cr-00111-9)

Submitted:  April 3, 2024                      Decided:  April 29, 2024

Before NIEMEYER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Moises Gamboa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moises Gamboa appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and denying reconsideration. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *United States v. Gamboa*, No. 3:10-cr-00111-9 (S.D.W. Va., Dec. 22, 2023; Jan. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*